**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 281 MAL 2014
                                                              :
                          Respondent        : Petition for Allowance of Appeal from the
                                                              : Order of the Superior Court
                                                              :
                          v.                          :
                                                              :
                                                              :
                                                              :
ANGELO ECHEVARRIA, JR.,                :
                                                              :
                          Petitioner        :


## ORDER


**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.